TRULINCS 66770051 - KHAN, ERIK BILAL - Unit: BIG-R-E

---

FROM: 66770051
TO: Mell, Topper
SUBJECT: PLEASE HELP - Letter to Clerk
DATE: 07/21/2025 07:55:23 PM

Top- Can you please print the below and mail it to the U.S. district court as is (and preferably ASAP)? For some reason they aren't getting my letters. This is deeply concerning. I sincerely appreciate your help. I will also mail a copy tonight but at this point, I think the BOP might be messing with my court mail.

Erik

*

Erik Khan
Inmate Reg. No. 66770-051
Federal Correctional Institution
1900 Simler
Big Spring, TX 79701

July 21, 2025

RECEIVED
JUL 28 2025
AT 8:30_____M
CLERK, U.S. DISTRICT COURT - DNJ

Hon. Robert Kirsch
United States District Court
District of New Jersey
4th & Cooper Streets
Camden, NJ 08101

Re: Khan v. United States, 24-cv-08976-RK

Dear Judge Kirsch:

I am writing because I have not heard anything from the Court in some time. I understand the Court did issue an order for me to fill out some USM forms and resubmit them to the Clerk's office. However, I was abruptly and unexpectedly transferred from New Jersey to Texas. I had previously mailed the Court a Notice of Impending Transfer and then also mailed a letter to the Clerk's office providing my change of address. I asked my friend to look on PACER to see if there were any updates and he wasn't able to locate anything.

I sincerely apologize for all the trouble to the Court following this transfer. The retaliatory transfer notwithstanding, I remain fully committed to litigating this matter fully. I do not know why my letters are not arriving with the Court. So, I am sending this letter via inmate email (Corrlinks) to my friend and requesting he mail it to the Court directly and promptly. The BOP is doing a lot to interfere with my court access and this is being litigated in the matter Khan v. Thompson which is before Judge Padin.

I respectfully request the Court grant me an extension of time of 30 days from the date I receive corresspondence from the Court. I also ask that the Court please send me whatever forms and orders the Court requires me to abide by. I have not received anything regarding this case at all.

If the Court has any questions, please do not hestitate to contact me.

Sincerely,
Erik Khan

TRULINCS 66770051 - KHAN, ERIK BILAL - Unit: BIG-R-E

---

FROM: 66770051
TO: Mell, Topper
SUBJECT: Khan v USA - Letter
DATE: 07/21/2025 07:59:02 PM

Top- Can you send the below letter too? This was the one I sent on July 6. I would have hoped it arrived by now. Thanks for your help. Just print as is from Corrlinks. No need to do any formatting or anything. I want the Court to see that I have been trying to send letters.

\*

Erik Khan
Inmate Reg. No. 66770-051
Federal Correctional Institution
1900 Simler
Big Spring, TX 79720

July 6, 2025

Honorable Robert Kirsch
United States District Judge
c/o Clerk of the Court
4th & Cooper Streets
Camden, NJ 08101

Re: Khan v. United States
Case No. 24-cv-08976-RK

Dear Judge Kirsch:

I must apologize about the recent delay in this case. I suffered a retaliatory transfer from the Bureau of Prisons following the service of a Petition for a Writ of Habeas Corpus that was completely unexpected from New Jersey to Texas. To be sure, the United States had reflected to myself and my counsel that I was no longer going to be transferred after litigation ensued in Khan v. Thompson before Judge Padin (I still do not have my legal papers and thus am missing the case numbers for these two cases). Unfortunately, it appears that the United States utilized plainly false assertions in order to secure a dismissal from the retaliation suit. In any event, I have been placed - for the time being - at FCI Big Spring in Big Spring, Texas.

Recently, I had asked a friend from home to look on PACER to see if there had been any activity on any of the cases I have pending. He relayed that the Court approved my IFP application and directed the Clerk to send me som USM forms to effectuate service upon the Defendant. Because I was transfered, I unfortunately have not received any mail from the Court. I was wondering if the Court would be so kind to (i) resend me any documents filed on the docket since June 2, 2025 but to my new address and (ii) grant me an extension of time in which to comply with any previously issued orders due to the unforseen circumstances surrounding the transfer.

In an effort at full disclosure, I have submitted a letter motion to Judge Padin seeking to vacate the judgment under Rule 60(b)(3) in Khan v. Thompson (Retaliation Suit). In said motion, I have asked Judge Padin to, inter alia, reissue a restraining order commanding the Bureau of Prisons to return me to Fort Dix to cure the retaliatory transfer pending further proceedings. Of course, I do not know if Judge Padin will grant such relief, but I want to ensure that your Honor is aware that there is a potential I will be moved again. If that happens, further delays may ensue.

I am deeply committed to prosecuting this action and I want to ensure the Court of my intentions. I was informed on July 3, 2025, that the Bureau of Prisons received an order to deduct funds from my prison account for this case. Therefore, all payments necessary will be forthcoming directly from the Bureau of Prisons in accordance with that order. I appreciate the Court's time and again apologize for the inconvenience.

Sincerely,

Erik Khan

Erik Khan
1900 Simler AVE
66770-051
BIG Spring, TX 79720
United States

Legal Mail
URGENT

U.S. District Court
Attn: Clerk of the Court
4th & Cooper Streets
Camden, NJ 08101

RECEIVED
JUL 28 2025
AT 8:30
CLERK, U.S. DISTRICT COURT - DNJ